UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GARY PATON, <br><br>        Plaintiff, <br><br>    -v.- <br><br>MUNICIPAL CREDIT UNION, TRANSUNION LLC, and EXPERIAN INFORMATION SOLUTIONS, INC., <br><br>        Defendants. | 21 Civ. 5718 (KPF) <br><br> ORDER OF DISCONTINUANCE |

KATHERINE POLK FAILLA, District Judge:

  By letter dated August 20, 2021, Defendant Experian Information Solutions, Inc. ("Experian") reported to the Court that it has reached a settlement in principal with Plaintiff in this case. Accordingly, it is hereby:

  ORDERED that this action be conditionally discontinued without prejudice and without costs as to Experian; provided, however, that within forty-five (45) days of the date of this Order, the parties may submit to the Court their own Stipulation of Settlement and Dismissal for the Court to So Order. Otherwise, within such time Plaintiff may apply by letter for restoration of the action as to Experian to the active calendar of this Court in the event that the settlement is not consummated. Upon such application for reinstatement, the parties shall continue to be subject to the Court's jurisdiction, the Court shall promptly reinstate the action to its active docket, and Plaintiff and Experian shall be directed to appear before the Court, without the necessity of additional process, on a date within ten (10) days of the application, to schedule remaining pretrial proceedings and/or dispositive

motions, as appropriate.  This Order shall be deemed a final discontinuance of the action with prejudice as to Experian in the event that Plaintiff has not requested restoration of the case to the active calendar within such 45-day period.

The Clerk of Court is directed to adjourn all remaining dates and deadlines as to Experian.

SO ORDERED.

Dated: August 20, 2021
New York, New York

_____
KATHERINE POLK FAILLA
United States District Judge