

100 GARDEN CITY PLAZA, SUITE 500
GARDEN CITY, NEW YORK 11530
T: 516-203-7600
F: 516-281-7601

January 20, 2022

<u>VIA ECF</u>

**Email:** **failla_nysdchambers@nysd.uscourts.gov**
The Honorable Katherine Polk Failla,
United States District Judge
Southern District of New York
Thurgood Marshall Courthouse
40 Foley Square
New York, NY 10007



Re:   *Paton v. Municipal Credit Union, et al.,*
      No. 1:21-cv-05718-KPF
      <u>Letter Motion to Cancel Conference</u>

Dear Your Honor:

  Our office represents the Plaintiff Gary Paton in the above referenced action. On January 14, 2022, Plaintiff filed a fully executed Stipulation of Dismissal on ECF (Document 44) dismissing the case as against Municipal Credit Union ("MCU"). As such Plaintiff respectfully requests that the case be conference scheduled for January 21, 2022 be cancelled.

  Thank you for your time and attention to this matter and we anticipate your decision on this request. A courtesy copy of this filing will be sent to chambers via email.

Best Regards,

/s/*Alain Cesar*
Alain Cesar, Esq.
516-203-7612
acesar@sanderslaw.group

CC:
Kmahoney@grsm.com
psaichos@grsm.com

The Court is in receipt of the Plaintiff's request.  The Clerk of Court terminated this case upon receipt of Plaintiff's stipulation of voluntary dismissal.  As such, the conference previously scheduled for January 21, 2022, has already been canceled.  Nonetheless, the Clerk of Court is directed to terminate all pending motions, adjourn all remaining dates, and confirm that this case has been closed.

Dated:     January 20, 2022              SO ORDERED.
           New York, New York

*Katherine Polk Failla*

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE